**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Robert M. Charles, Jr.
Direct Dial: 520.629.4427
Direct Fax: 520.879.4705
Email: rcharles@lrrc.com

Attorneys for Carroll Properties, L.L.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Case No. 4:18-bk-00136-BMW |
|---|---|
| River Hacienda Holdings, LLC, | Chapter: 11 |
| Debtor. | **NOTICE OF FILING RULE 2019 DISCLOSURE** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby verifies as follows:

1.      As a result of Debtor's Chapter 11 bankruptcy filing, Lewis Roca Rothgerber Christie LLP ("LRRC") was engaged to represent Carroll Properties, L.L.C.

2.      Thereafter in this bankruptcy case, LRRC has been jointly engaged to also represent Maxwell Real Estate Holdings, L.L.C., JJ 2498, LLC, and Foothills Legacy, LLC.

3.      LRRC does not represent any creditor or group of creditors as a committee in this case, and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that is not a party to an engagement agreement with LRRC.

4.      In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" held in relation to the Debtor by LRRC clients is as follows:

One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Lewis Roca
ROTHGERBER CHRISTIE

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Carroll Properties, L.L.C. | 2496 E. River Road, Suite 150 Tucson, Arizona, 85718 | Owner of property |
| River Road Properties, LLC | 2484 East River Road Tucson, Arizona 85718 | Owner of property |
| Maxwell Real Estate Holdings, L.L.C. | 2490 E. River Road Tucson, AZ 85718 | Owner of property |
| JJ 2498, LLC | 2498 E. River Road Tucson, AZ 85718 | Owner of property |

5.     LRRC provides the foregoing information to comply with Bankruptcy Rule 2019 and not for any other purpose. LRRC does not make any representation concerning the validity, amount, allowance, or priority of any claims or interests. LRRC does not own, nor has LRRC ever owned, any claims against or interests in the Debtor.

6.     Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any client of LRRC.

7.     LRRC reserves the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

DATED this 13th day of March, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
        Robert M. Charles, Jr.
        Attorneys for Certain Office Owners

One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Lewis Roca
ROTHGERBER CHRISTIE

One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Lewis Roca
ROTHGERBER CHRISTIE

1

## CERTIFICATE OF SERVICE

2      I certify that on this 13th day of March, 2018, I electronically transmitted the
3  attached document to the Clerk's office using the CM/ECF System for filing and
   transmittal of a Notice of Electronic Filing to the following registrants:

4  *EDWARD K. BERNATAVICIUS on behalf of U.S. TRUSTEE*
   *edward.k.bernatavicius@usdoj.gov*

5
   *ALAN R. SOLOT on behalf of* Debtor RIVER HACIENDA HOLDINGS, LLC
6  *arsolot@gmail.com*

7   */s/ Renee L. Creswell*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28