Alan R. Solot, Esq.
SBN 006587
2701 E. Speedway STE 203
Tucson, Arizona 85716
520-299-1465
520-299-1482 (fax)
arsolot@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Case |
| RIVER HACIENDA HOLDINGS, LLC, | No. 4:18-bk-136-SHG |
| Debtor. | **MOTION TO CONTINUE ALL DEADLINES AND HEARINGS** |

The Debtor, for its Motion, provides as follows:

The Debtor's principal, David Mason, is at this time unable to fully participate in this case and assist Debtor's counsel in his representation of the Debtor.

Mr. Mason's assistance, involvement and decision-making in this case are critical to the Debtor.

As shown in the Declaration of David Mason In Support Of Debtor's Motion to Continue All Deadlines and Hearings filed at the same time as this Motion, Mr. Mason has "brain fog" which affects his ability to concentrate. Mr. Mason says in his Declaration that he is not able to fully participate in assisting Debtor's counsel in this case. As is further shown in his Declaration, Mr. Mason has been directed by his doctor, Daniel Graybill, MD, to not attend any court proceedings or make any decisions about this case. Dr. Graybill has directed that Mr. Mason to rest.

Mr. Mason will see and be examined by Dr. Graybill on August 20th. It may be that he will be informed at that appointment that he can return to normal activities, including full participation in this case.

The Debtor requests that all pending matters in this case be briefly postponed or continued

to permit Mr. Mason time to resolve his health issues. Those pending matters include:

- The 15-day deadline for preparation of an amended disclosure statement as required by this Court's Minute Entry Order (docket 147),
- The filing of the June, 2018 monthly operating report (due July 15, 2018) and subsequent reports,
- Any deadlines to respond to actions or pleadings filed by others in this case and
- All matters pertaining to the confirmation of the Debtor's plan and the Creditors' plan pending in this case.

WHEREFORE, it is respectfully requested that this Court grant this Motion and for such other and further relief deemed appropriate.

Dated July 31, 2018

/s/ *Alan R. Solot*  SBN 006587
ALAN R. SOLOT
Attorney for Debtor

Copy of the foregoing mailed/transmitted on
July 31, 2018 to:

Renee Sandler Shamblin, Esq.
U.S. Trustee's Office
230 N. 1st Ave STE 204
Phoenix, Arizona 85003-1706
Renee.S.Shamblin@usdoj.gov

Robert M. Charles, Jr., Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1 S. Church Avenue, STE 2000
rcharles@lrrc.com
Attorney for Carroll Properties, LLC

C.R. Hyde, Esq.
Attorney At Law
2810 N. Swan Road, STE 160
Tucson, Arizona 85712
Attorney for Neuron, LLC

**ALAN R. SOLOT, Esq.**
**2701 E. Speedway Ste. 203**
**Tucson, Arizona 85716**
**520-299-1465**

2

Case 4:18-bk-00136-SHG   Doc 150   Filed 07/31/18   Entered 07/31/18 12:58:23   Desc
Main Document    Page 2 of 2