THIS ORDER IS APPROVED.

Dated: October 12, 2018

Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>River Hacienda Holdings, LLC,<br><br>                Debtor. | Chapter: 11<br><br>Case No. 4:18-bk-00136-SHG<br><br>**Interim Order Concerning Motion for Determination of Debtor's Rights With Respect to Covered Parking**<br><br>Hearing Date:   October 2, 2018<br>Hearing Time:   3:00 p.m. |

      The matter came before the Court on an expedited hearing on the Motion for Determination of Debtor's Rights With Respect to Covered Parking [ECF #191] (the "Motion"). The Court considered the Motion, the supporting declarations, the Objection of River Hacienda Holdings, LLC ("Debtor"), the record in this case, and the arguments of counsel. For the reasons expressed on the record at the hearing on October 2, 2018, the Court finds good cause for the following interim order.

      IT IS HEREBY ORDERED:

      1.      The Motion is granted in part and denied in part as follows.

      2.      Debtor may not exclude any Permittee (as that term is defined in the Declaration and Establishment of Protective Covenants, Condition and Restrictions recorded on February 7, 2003) from using covered parking.

      3.      Debtor may label only those spots which have been reserved by particular Permittees as reserved spots.

      4.      Debtor may not tow any Permittee's vehicle from covered parking spots.

5. This order is an interim order. It is subject to reconsideration and review. The hearing on the Motion is continued to coincide with a hearing on confirmation of certain plans of reorganization on November 6, 2018 at 2:00 p.m.

**DATED AND SIGNED ABOVE**