UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

River Hacienda Holdings, LLC,

Debtor.

Chapter: 11

Case No. 4:18-bk-00136-SHG

**Order Granting Motion to Close Case**

Date: June 10, 2020
Time: 2:00 p.m.

The RHH Liquidating Trust (the "Trust") filed its Motion to Close Case (the "Motion") on May 6, 2020 [Dkt. No. 337]. Notice of a hearing on the Motion was filed and served. No opposition to the Motion having been filed or received, the Trust having represented that a final post-confirmation report will be filed and any associated United States Trustee fees paid, and good cause appearing,

IT IS ORDERED that:

1. The Trust's Motion is GRANTED; and

2. A final decree shall be entered.

DATED AND SIGNED ABOVE